ISMINIA LUGO, Respondent, v. SAMUEL KLEIN, Appellant.— Order affirmed,

# 744    CASES REPORTED WITH BRIEF SYLLABI.

with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.